IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Charles M. Robinson, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Comm. Stanley Taylor, )<br>Thomas L. Carroll, Ronald G. )<br>Hosterman, Kenneth E. )<br>Milbourne, Michael H. McMahon,)<br>)<br>    Defendants. ) | Civil Action No. 06-474 GMS |



**AUTHORIZATION**

I, Charles M. Robinson, SBI # 00342781, request and BD Scanned authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated  August 10th , 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: August 11th , 2006.

                                                                   _____
                                                                  Signature of Plaintiff



Envelope:

From:
I/M Charles W. Robinson
SBI# 00342781  UNIT MHU 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

To:
United States District Court
Clerks Office
844 N. King St. (Lockbox 18)
Wilmington, DE. 19801

LEGAL MAIL

Postmark: WILMINGTON DE, 14 AUG 2006
Postage: $00.39, AUG 14 2006, MAILED FROM ZIP CODE 19977