OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 21, 2006

TO:  Charles M. Robinson
     SBI #00342781
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

     RE:  **U.S. Marshal 285 Forms**
          *Civil Action* #06-474(GMS)

Dear Mr. Robinson:

Please be advised that this office has received all required U.S. Marshal 285 forms in the above referenced case.

Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                    Sincerely,

/ead                                PETER T. DALLEO
                                    CLERK

cc:  The Honorable Gregory M. Sleet
     U.S. Marshal
     Pro Se Law Clerk