To: Clerk Of The Court
Fr: Charles M. Robinson
Re: Legal Question (Pro-Se)
Da: Jan. 1st. 2006



I'm currently a Pro-Se Litigate, with a Civil Action In Your Honorable Court. "Charles M. Robinson Vs. Comm. Stanley Taylor et. al. Case No. 06-474-GMS". Please Answer My Legal Question.

Question: If I Have Filed Several Motions And The Judge Denies Such Motion, Do I Have To File An Appeal To The Court Of Appeals Right Away, To Challenge Such Denial Of Such Motions, Or Can I Wait Until The Case Is Fully Complete To Challenge These Denials.

Please Answer This Question, So I Won't Miss The 30 Day Deadline To Appeal To The Court Of Appeals, In Case I Do Have To Appeal Right Away.

*Also, Could You Please Send Me An Updated Docket Sheet In The Above Matter.

Charles M. Robinson
SBI# 00342781

Note: Please Docket This Letter And Enclosed Motion Before Printing Docket Sheet*