OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 9, 2007

TO: Charles M. Robinson
SBI# 00342781
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RE: **Letter dated 1/4/07 Requesting Legal Advice; 06-474(GMS)**

Dear Mr. Robinson:

The above referenced letter has been received by this office requesting assistance regarding filing an appeal. Be advised that this office is unable to render legal advice and therefore we are unable to assist you.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet