IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES M. ROBINSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-474-GMS |
| | ) | |
| STAN TAYLOR, Commissioner | ) | |
| THOMAS CARROLL | ) | |
| RONALD G. HOSTERMAN, | ) | Trial Jury Demanded |
| KENNETH E. MILBOURNE, | ) | |
| and MICHAEL H. McMAHON | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Ophelia M. Waters on behalf of defendants Stan Taylor, Tom Carroll, Ron Hosterman, Kenneth Milbourne and Michael McMahon. This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon the defendants. The defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

 /s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
Department of Justice
820 North French Street, 6th Floor
Wilmington, Delaware 19801
Dated: January 30, 2007    (302)577-8400
Counsel for Defendants

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on January 30, 2007, I electronically filed *Defendants' Answer* with the Clerk of Court using CM/ECF. I hereby certify that on, January 30, 2007, I have mailed by United States Postal Service, the document to the following non-registered parties on the attached service list:

Charles M. Robinson, Inmate
SBI #00342781
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

   /s/ Ophelia M. Waters
Ophelia M. Waters, ID #3879
Deputy Attorney General
Department of Justice
State of Delaware
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400