IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES M. ROBINSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 06-474-GMS |
| | ) | |
| STAN TAYLOR, Commissioner | ) | |
| THOMAS CARROLL | ) | |
| RONALD G. HOSTERMAN, | ) | Trial Jury Demanded |
| KENNETH E. MILBOURNE, | ) | |
| and MICHAEL H. McMAHON | ) | |
| | ) | |
| Defendants. | ) | |

Defendants, through undersigned Counsel, pursuant to Fed. R. Civ. P. Rules 8(b) and 12 (a) (1) (B), answer Plaintiff's Amended Complaint as follows; unless specifically admitted herein, all allegations made in the Complaint are generally and categorically denied.

## PRELIMINARY STATEMENT

Defendants deny as a legal conclusion plaintiff's preliminary statement for which no response is required.

## JURISDICTION

1.　　Denied as a legal conclusion for which no response is required.

2.　　Denied as a legal conclusion for which no response is required.

## PARTIES

Paragraphs 3 through 8 are admitted as to the official capacity of each defendant at the relevant times stated in the complaint.

9. Admitted.

10. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 10, and therefore deny same.

11. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 11, and therefore deny same.

12. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 12, and therefore deny same.

13. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 13, and therefore deny same.

14. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 14, and therefore deny same.

15. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 15, and therefore deny same.

16. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments in paragraph 16, and therefore deny same.

17. Denied.

18. Denied.

. 19. Denied.

## RELIEF REQUESTED

Denied that plaintiff is entitled to declaratory relief, injunctive relief or any relief.

## AFFIRMATIVE DEFENSES

20. This action and all claims are barred by Eleventh Amendment immunity.

21. The defendants are entitled to qualified immunity.

22. This action and all claims are barred by the applicable statute of limitations.

23. This action fails to state a claim upon which relief can be granted.

24. The plaintiff has failed to exhaust his administrative remedies.

25. As to any claims under state law, the defendants are entitled to immunity under the State Tort Claims Act, 10 Del. C. § 4001 *et seq*.

26. The plaintiff's claims are barred by his contributory negligence.

27. As to any claims under State law, the defendants are entitled to sovereign immunity in their official capacities.

28. The defendants cannot be held liable in the absence of personal involvement for alleged constitutional deprivations.

29. To the extent the plaintiff seeks to hold the defendants liable based on supervisory responsibilities, the Doctrine of *respondeat superior* is not a basis for liability in an action under 42 U.S.C. §1983.

30. Negligence is not a cause of action under 42 U.S.C. §1983.

31. The defendants in their official capacities are not liable for alleged violations of plaintiff s constitutional rights as they are not persons pursuant to 42 U.S.C. §1983.

**WHEREFORE**, the State Defendants demand that judgment be entered in their favor as to all claims and against the Plaintiff as to all claims and that attorney fees be awarded to the Defendants.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

 /s/ Ophelia M. Waters
Ophelia M. Waters, ID#3879
Deputy Attorney General
Department of Justice
Carvel State Bldg., 6th Fl.,
820 North French Street,
Wilmington, Delaware  19801
(302) 577-8400

Dated: January 30, 2007

## CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on January 30, 2007, I electronically filed *Defendants' Answer* with the Clerk of Court using CM/ECF. I hereby certify that on January 30, 2007, I have mailed by United States Postal Service, the document to the following non-registered parties on the attached service list:

Charles M. Robinson, Inmate
SBI #00342781
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Ophelia M. Waters
Deputy Attorney General, #3879
Department of Justice
State of Delaware
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
Ophelia.waters@state.de.us