United States District Court
District Of Delaware


Charles M. Robinson

vs.                                   Civil Action No. 06-474-GMS

Comm. Stanley Taylor et.al.


FILED
FEB 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

Motion For Discovery Conference


Comes Now, The Plaintiff, Charles M. Robinson Hereby Proceeding Pro-Se, Respectfully Moves This Honorable Court, Pursuant To Fed. R. Civ. Proc. 26(f) To Consider His Motion For A Discovery Conference And Respectfully Asserts The Following As Grounds In Support Thereof:

1. The Plaintiff and Defendants must, as soon as practicable and in any event at least 21 days before a scheduling conference is held or a scheduling order is due under Rule 16(b), confer to consider the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, to make or arrange for the disclosures required by Rule 26(a)(1), to discuss any issues relating to preserving discoverable information and to develop a proposed discovery plan that indicates the parties' views and proposals concerning the following:

    A. What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement as to when disclosures under Rule 26(a)(1) were made or will be made;

    B. The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused upon particular issues;

    C. Any issues relating to disclosures or discovery of electronically stored information, including the form or forms in which it should be produced;

D. Any issues relating to claims of privilege or of protection as trial preparation material including if the parties agree on a procedure to assert such claims after production, whether to ask the court to include their agreement in an order;

E. What changes should be made in the limitations on discovery imposed under these rules or by local rules and what other limitations should be imposed;

F. Any other orders that should be entered by the court under Rule 26(c) or under Rule 16(b) and (c).

# Certificate of Service

I, _CHARLES M. ROBINSON_, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion For Discovery Conference_ upon the following parties/person (s):

TO: _Department Of Justice_         TO: _____
    _Ophelia M. Waters Esq_            _____
    _820 N. French St. 6th Fl._        _____
    _Wilmington, DE 19801_             _____

TO: _____                  TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _18_ day of _February_, 2007

_C.D.O W. RO_

IM: CHARLES M. ROBINSON
SBI# 00342781 UNIT W-41 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE $00.39 FEB 20 2007
MAILED FROM ZIPCODE 19977

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
844 N. KING ST. (LOCKBOX 18)
WILMINGTON DE. 19801

LEGAL MAIL

THIS LETTER WAS SENT BY AN INMATE WHO IS IN STATE PRISON. THE STATE IS NOT RESPONSIBLE FOR DEBTS INCURRED, OR FOR THE CONTENTS OF THE LETTER.