United States District Court
District of Delaware

Charles W. Robinson

Vs.                                Civil Action No. 06-474-GMS

Comm. Stanley Taylor et.al.



FILED
FEB 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion To Conduct Depositions

Pursuant To Rule 30, Fed. R. Civ. Proc. The Plaintiff Requests To Conduct Oral Depositions On The Defendants In This Civil Action.

1. THE PLAINTIFF WISHES TO CONDUCT ORAL DEPOSITIONS ON DEFENDANTS: COMMISSIONER STANLEY TAYLOR, WARDEN THOMAS CARROLL, TREATMENT SERVICES ADMINISTRATOR RONALD G. HOSTERMAN, COUNSELOR SUPERVISOR KENNETH E. MILBOURNE, AND PROGRAM COORDINATOR MICHAEL H. McMAHON

2. PLAINTIFF WISHES TO DEPOSE ALL THE DEFENDANTS LISTED ABOVE AS PART OF DISCOVERY IN THIS CASE.

3. THE DEPOSITIONS WILL BE RECORDED BY STENOGRAPHIC MEANS, BEFORE A NOTARY PUBLIC OR PERSONS AUTHORIZED TO ADMINISTER OATHS.

WHEREFORE, PURSUANT TO RULE 30, FED. R. CIV. PROC. THE PLAINTIFF WISHES TO CONDUCT DEPOSITIONS ON THE DEFENDANTS IN THIS CASE.

---

FEB 21ST 2007
DATED

CHARLES M. ROBINSON
SBI # 00342781
DE. CORR. CEN.
1181 PADDOCK ROAD
SMYRNA, DELAWARE. 19977

# Certificate Of Service

I, Charles W. Robinson, Hereby Certify That I Have Served A True And Correct Copy Of The Attached: Motion To Compel Depositions Upon The Following Parties:

Department Of Justice
Ophelia M. Waters Esq
820 N. French St.
Wilmington, DE. 19801

On This __21st__ Day Of __Feb__ 2007.

_____C.W. R._____

I/M Charles Williamson
SBI# 00342781  UNIT MHU 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
Office of the Clerk
844 N. King St. (Lockbox #18)
Wilmington, DE. 19801