UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CHARLES M. ROBINSON

Vs.                                           Civil Action No. 06-474-GMS

Comm. STANLEY TAYLOR et.al.



FILED
FEB 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 34, Fed. R. Civ. Proc., the Plaintiff requests that the Defendants produce the documents listed herein within 30 days, either by providing the Plaintiff with copies or by making them available to the Plaintiff for inspection and copying.

1. Any and all grievances filed by the Plaintiff, since October of 2002 until the date of your response, including but not limited to all Level 1, Level 2 and Level 3 decisions for each grievance.

2. Any and all disciplinary reports filed against the Plaintiff from October 2002 until the date of your response, including but not limited too, all disciplinary, appeal and final appeal decisions for each disciplinary report.

3. Any and all grievances, complaints, or other documents received by the Defendants or their agents at the Department of Corrections or Delaware Correctional Center concerning the Family Problems Program (SATP) and any memoranda, investigative files, or other documents created in response to such documents since the opening of the Family Problems Program (SATP) until the date of your response.

4. Any and all policies, directives, or other documentation concerning the treatment goals of the Family Problems Program.

5. Any and all policies, directives, or other documentation concerning the requirements of inmates in order to obtain successful completion of the Family Problems Program.

6. Any And All Documents The Defendants Plans To Rely On Or Use As Evidence At Trial In Support Of Their Position.

7. A Complete Copy Of Any And All Civil Action Numbers And Civil Complaints Filed In Any Delaware Court In Regards To The Family Problems Program.

8. The Revised 2006 Addition Of The 4.2. Disciplinary Procedure.

9. A Complete Copy Of The Plaintiffs Institutional Record.

WHEREFORE, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 34(b), THE PLAINTIFF REQUESTS DOCUMENTS REQUESTED BE PRODUCED WITHIN 30 DAYS AFTER SERVICE.

FEB. 21ST 2007
DATED

Charles W. Robinson
CHARLES W. ROBINSON
SBI # 00342781
DE. CORR. CTR.
1181 PADDOCK ROAD
SMYRNA, DE. 19977

## Certificate of Service

I, CHARLES M. ROBINSON, hereby certify that I have served a true and correct cop(ies) of the attached: PLAINTIFFS REQUEST FOR PRODUCTION OF DOCUMENTS upon the following parties/person (s):

TO: DEPARTMENT OF JUSTICE    TO: _____
OPHELIA M. WATERS ESQ     _____
820 N. FRENCH ST.          _____
WILMINGTON, DE. 19801      _____


TO: _____    TO: _____


**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 21st day of FEB, 2007

C.D.W. V.O.



IM Charles W N Wilkerson
SB1# 00347781  UNIT MAIN 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
Office Of The Clerk
844 N. King St. (Lockbox #18)
Wilmington, DE. 19801

Legal Mail