<u>United States District Court</u>
<u>District Of Delaware</u>

Charles M. Robinson

Vs.                                   Civil Action No. 06-474-GMS

Comm. Stanley Taylor et.al.



FILED
FEB 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

<u>Plaintiffs Interrogatories And Requests</u>
<u>For Production Of Documents</u>

Pursuant To Rules 33 And 34, Fed. R. Civ. Proc. The Plaintiff Submits The Following Interrogatories And Requests For Documents To The Defendants. Each Defendant Is Directed To Answer Each Of The Interrogatories In Writing Under Oath And Produce Each Of The Requested Documents For Inspection And Copying With-In 30 Days Of Service.

1. State the duties of Defendant Stanley Taylor, Commissioner of the Department of Corrections (D.O.C.). If those duties are set forth in any job description or other document, produce the document.

2. State the duties of Defendant, Thomas Carroll, Warden at the Delaware Correctional Center (D.C.C.). If these duties are set forth in any job description or other document, produce the document.

3. State the duties of Defendant, Ronald G. Hosterman, Treatment Administrator at the Delaware Correctional Center (D.C.C.). If these duties are set forth in any job description or other document, produce the document.

4. State the duties of Defendant, Kenneth E. Milbourne, Counselor Supervisor at the Delaware Correctional Center (D.C.C.). If these duties are set forth in any job description or other document, produce the document.

5. State the duties of Defendant Michael H. McMahon, Program Coordinator at the Delaware Correctional Center (D.C.C.). If these duties are set forth in any job description or other document, produce the document.

6. State the treatment goals of the Family Problems Program. If this is set forth in any document, produce the document.

7. State all requirements of an inmate in order for them to successfully complete the Family Problems Program. If this is set forth in any document, produce the document.

8. State whether inmates are required to give a sexual history presentation in front of the entire group, in order to successfully complete the Family Problems Program. If this is set forth in any documents, produce the documents.

9. State whether the inmates can be charged with a crime if they were to reveal information regarding a crime they have not been charged with. If this is set forth in any documents, produce the document.

10. State whether you are required by law to report any information regarding a crime that an inmate reveals during the treatment in the Family Problems Program. If this is set forth in any document, produce the document.

11. State whether you offer inmates any immunity from any incriminating statements made during their treatment in the Family Problems Program. If no, state why not. If this is set forth in any document, produce the document.

12. State whether since the start of the Family Problems Programs, have any inmates refused to participate in the Family Problems Program because of violations of their Fifth Amendment rights. If so, state the names and SBI numbers of each inmate. If this is set forth in any documents, produce the documents.

13. State whether inmates are divided into groups based on their kind of charge in order to better treat the inmates and their certain offenses. If this is set forth in any documents, produce the documents.

14. State whether the Family Problems Program has a group specifically to treat inmates charged with Rape in the Fourth Degree. If this is set forth in any documents, produce the documents.

15. State whether if there is no specific group for inmates charged with Rape in the Fourth Degree, which group are they placed in and why. If this is set forth in any document, produce the document.

16. State whether inmates who are charged with rape in the fourth degree, and are placed in a group that treats a different types of offenses can be successfully treated for his offense. If so, state how. If this is set forth in any document, produce the document.

17. State whether any inmates have ever filed any grievances or complaints, or other documents in regards to the requirements of the Family Problems Program. If these are set forth in any letters or documents, produce the letters or documents.

18. State whether the defendants plan to call on any testimony from witnesses at trial. If so, state the names, addresses, job duties, and titles of each witness. If these are set forth in any documents produce the documents.

19. State the names, titles, and duties of all staff members at the Delaware Correctional Center who have responsibility for responding to, investigating or deciding inmate grievances or complaints. If those duties, or procedures are set forth in any directive, manual or other document, produce the document.

20. State the procedures in effect at the Delaware Correctional Center for responding to, investigating and deciding inmate complaints or grievances. If these procedures are set forth in any directive, manual or other document, produce the document.

21. State whether you authorized the Family Problems Program to treat inmates within the Delaware Correctional Center. If these are set forth in any document, produce the document.

22. State whether you were aware of the programs treatment requirements when you authorized the Family Problems Program to treat inmates within the Delaware Correctional Center. If this is set forth in any document, produce the document.

23. State whether in order for inmates to be properly treated for their sex offense the counselors must be certified to treat sex offenders. If this is set forth in any document, produce the document.

24. State whether you are certified to treat sex offender treatment programs. If so, state how you are certified, and how long you have been certified. If this is set forth in any document, produce the document.

25. STATE WHETHER THE FAMILY PROBLEMS PROGRAM IS CERTIFIED AND RECOGNIZED BY ANY STATE OR FEDERAL AGENCY; OR; STATE OR FEDERAL JUDICIAL SYSTEM. IF THIS IS SET FORTH IN ANY DOCUMENT, PRODUCE THE DOCUMENT.

WHEREFORE, PURSUANT TO RULES 33 AND 34, FED. R. CIV. PROC., THE PLAINTIFF REQUESTS EACH DEFENDANT TO ANSWER EACH OF THE INTERROGATORIES IN WRITING UNDER OATH AND PRODUCE EACH OF THE REQUESTED DOCUMENTS FOR INSPECTION AND COPYING WITHIN 30 DAYS OF SERVICE.

FEB 21ST 2007
DATED

Crow PR
CHARLES M. ROBINSON
SBI # 00342781
DE. CORR. CTR.
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

# Certificate of Service

I, <u>CHARLES M. ROBINSON</u>, hereby certify that I have served a true and correct cop(ies) of the attached: <u>PLAINTIFFS INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENT</u> upon the following parties/person (s):

TO: <u>DEPARTMENT OF JUSTICE</u>   TO: _____
<u>OPHELIA M. WATERS ESQ</u>   _____
<u>820 N. FRENCH ST.</u>   _____
<u>WILMINGTON, DE 19801</u>   _____
_____   _____

TO: _____   TO: _____
_____   _____
_____   _____
_____   _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this <u>21st</u> day of <u>FEB.</u>, 2007

<u>C.M. R.</u>

IM Charles W. Marshall
SBI# 00347781  UNIT MHU 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
Office of the Clerk
844 N. King St. (Lockbox #18)
Wilmington, DE, 19801