IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHARLES M. ROBINSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | C. A. No. 06-474-GMS |
| STAN TAYLOR, Commissioner | ) | |
| THOMAS CARROLL | ) | |
| RONALD G. HOSTERMAN, | ) | Trial Jury Demanded |
| KENNETH E. MILBOURNE, | ) | |
| and MICHAEL H. McMAHON | ) | |
| | ) | |

STIPULATION OF DISMISSAL

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Ophelia M. Waters*
Ophelia M. Waters, I.D.3879
Deputy Attorney General
Carvel State Office Building, 6th Fl.
820 N. French Street
Wilmington, DE 19801
(302) 577-8400

Dated: February 28, 2007

## STIPULATION OF DISMISSAL

WHEREAS, Plaintiff Charles M. Robinson no longer wants to pursue any claims in the above-captioned complaint against Defendant Stan Taylor, Thomas Carroll, Ronald Hosterman, Kenneth Milbourne and Michael McMahon;

WHEREAS, Fed. R. Civ. P. 41(a)(1) provides for dismissal by stipulation of the parties;

The Plaintiff and Defendants hereby stipulate to the dismissal with prejudice of all claims against said Defendants.

For Self:                                         For Defendants:

_____                         _____
Charles M. Robinson                               Ophelia M. Waters, ID # 3879
Inmate SBI No. 342781                             Deputy Attorney General
Delaware Correction Center                        State of Delaware
1181 Paddock Road                                 Department of Justice
Smyrna, Delaware 19977                            820 North French Street, 6th Floor
                                                  Wilmington, Delaware 19801
                                                  (302) 577-8400

Date: 2/28/07                                     Date: 2/28/07


SO ORDERED this _____ day of March, 2007.


_____
The Honorable Gregory M. Sleet, Judge
United States District Court